| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Lynch, Gerard E. | 2. Court or Organization U.S. Court of Appeals, Second Circuit | 3. Date of Report 05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 500 Pearl Street New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Professor of Law | Columbia University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Lynch, Gerard E.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/1/09 | Columbia University | $24,520.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1/09 | Flushing Hospital |
| 2. 1/1/09 | Private Practice of Psychotherapy |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of California - Santa Barbara | January 7 - 11 | Santa Monica, CA | Law and Neuroscience Conference | Tranportation, lodging, meals |
| 2. | Duke University | February 5 - 6 | Raleigh-Durham, NC | Academic Conference | Transportation, lodging, meals |
| 3. | University of California - Santa Barbara | September 21 - 27 | Chicago, IL | Law and Neuroscience Conference | Transportation, lodging, meals |
| 4. | Yale University | October 6 | New Haven, CT | Teaching Class | Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Citibank Accounts | A | Interest | L | T | | | | | |
| 2.   Merrill Lynch Money Market | B | Dividend | L | T | | | | | |
| 3.   Ameriprise Money Market | A | Interest | K | T | Buy (add'l) | 12/31/09 | J | | |
| 4.   New York NY FSA-CR | | None | | | Redeemed | 01/02/09 | K | | |
| 5.   Blackrock NY Muni Inc. Tr. | A | Dividend | J | T | | | | | |
| 6.   Gabelli Utility Trust PFD | A | Dividend | J | T | | | | | |
| 7.   ING Savings Account | A | Interest | J | T | | | | | |
| 8.   Nicholas Applegate Con. Ed. | A | Dividend | J | T | | | | | |
| 9.   ING Clarion Global Equity Fund | A | Dividend | J | T | | | | | |
| 10.  PIMCO NY Muni Fnc. Fd. | A | Dividend | J | T | | | | | |
| 11.  Blackrock Global Allocation B | A | Dividend | J | T | | | | | |
| 12.  Triborough BTA Bonds | | None | L | T | | | | | |
| 13.  Alliance Bernstein Gr./Inc. Fund A&B | A | Dividend | J | T | | | | | |
| 14.  Eaton Vance Enhanced Equity Fd. | A | Dividend | J | T | | | | | |
| 15.  Eaton Vance Tax Managed Global Fund | A | Dividend | J | T | | | | | |
| 16.  Nuveen Municipal Value | A | Dividend | K | T | | | | | |
| 17.  Oppenheimer Main St. A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Floating Rate Strategy FD | A | Dividend | J | T | | | | | |
| 19. Growth Fund Amer. Inc. | A | Dividend | | | Sold | 07/01/09 | J | | |
| 20. Putnam Int'l. Gr. Fund | A | Dividend | J | T | | | | | |
| 21. Alpine Total Dynamic Div. Fd. | B | Dividend | J | T | | | | | |
| 22. AIM Tax Free Int. Shares | A | Dividend | J | T | | | | | |
| 23. Eaton Vance Floating Rate Inc. Tr. | A | Dividend | J | T | | | | | |
| 24. Rochester Muni Fd. Cl A | C | Dividend | J | T | | | | | |
| 25. Templeton Dev. Mkt. Trust A | A | Dividend | J | T | | | | | |
| 26. Yonkers NY Indl. Dev. Agency | | None | | | Redeemed | 01/02/09 | K | | |
| 27. Rydex Ser Tr. Juno Fd. | | None | J | T | | | | | |
| 28. NYS Trans. Fin. | B | Interest | K | T | | | | | |
| 29. Franklin Utilities | A | Dividend | J | T | | | | | |
| 30. SunAmerica New Century Fd. A | | None | J | T | | | | | |
| 31. TIAA-CREF | | None | O | T | | | | | |
| 32. Franklin Income Fd. C | A | Dividend | J | T | | | | | |
| 33. ING Risk Managed Nat. Res. Fd. | A | Dividend | J | T | | | | | |
| 34. Nuveen Global Fd. | B | Dividend | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYC Bonds | A | Interest | J | T | | | | | |
| 36. Port Authority Bonds | A | Interest | J | T | | | | | |
| 37. NYS Dorm Auth. Bonds | B | Interest | L | T | | | | | |
| 38. Hartford Corp. Apprec. Fd. | A | Dividend | J | T | | | | | |
| 39. Fidelity Adv. Div. Int'l. | A | Dividend | J | T | | | | | |
| 40. Metro Trans. Auth. NY | B | Interest | L | T | | | | | |
| 41. Lord Abbett NY TIF | B | Interest | K | T | | | | | |
| 42. PIMCO Long-term U.S. GOVT. | A | Interest | J | T | | | | | |
| 43. Putnam Amer-govt. Income FD | A | Interest | J | T | | | | | |
| 44. Seligman NY Muni FD | A | Interest | K | T | | | | | |
| 45. JP Morgan Chase CD | A | Interest | | | Redeemed | 05/28/09 | J | | |
| 46. Fidelity Adv. Govt. Income FD | A | Interest | J | T | | | | | |
| 47. Franklin U.S. Govt. Sel. FD | A | Dividend | K | T | | | | | |
| 48. Lord Abbett Short Duration Income FD | A | Dividend | J | T | | | | | |
| 49. Amer. Exp. Cent Bk CT | A | Interest | K | T | | | | | |
| 50. Hartford US Govt. Sel. FD | A | Dividend | J | T | | | | | |
| 51. Rental Property, New York, NY (2002, $272,500) | C | Rent | N | R | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Advisers Disciplined Trust Unit 226 | B | Dividend | K | T | | | | | |
| 53.   SPDR Series Trust | A | Dividend | J | T | Buy | 07/01/09 | J | | |
| 54.   Nassau County Bonds | A | Interest | K | T | Buy | 04/29/09 | K | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Gerard E. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544